{ July THIRTY 03 2008
{ CRANBERRIES LOVES PAMELA ANDERSON
{ PAGE NUMBER THREE III OR FOUR IV PAGES }

07/03/2008
COURTNEY LOVE

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT.

00-428

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN ■ CORRECTIONS OFFICER MS. T. HARRIS AND MS. JANE DOE, AND INMATE MR. JHON DOE.


FILED
JUL -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4.- I AM THE PLAINTIFF UNDER 28 USC 1915, I AM UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5.- ARE YOU CURRENTLY INCARCERATED # YES
6.- IF YES WHERE # D.C.C., 1181 PADDOCK ROAD, SMYRNA DE. 19977.
7.- ARE YOU EMPLOYED THERE # NO
8.- DID YOU RECEIVE ANY MONEY FROM THAT PRISON # NO
9.- NAME AND ADDRESS OF LAST EMPLOYER # MR. SAMMY CONGO; AT CONGO FUNERAL HOME, 2901 W. 2ND. ST., WILMINGTON DE. 19805 OR AT PERU CON, 100 N. CLEVELAND AVE. WILMINGTON DE. 19805.
10.- MONTHLY SALARY RECEIVED # $16,00 OR 2,000.
11.- LAST DAY EMPLOYED # OCT. OR NOV. OF 2000.
12.- LAST PAYMENT OF SALARY RECEIVED # $16,00 OR 2,000.
13.- HAVE YOU RECEIVED ANY MONEY ON THE LAST YEAR PERIOD # NO
   (PLEASE TURN THIS FORM TO THE OTHER SIDE)

14.- DO YOU HAVE CASH OR ANY ACCOUNT # NO
15.- DO YOU OWN ANY PROPERTY # NO
16.- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # WHAT IS LEFT OF MY FAMILY.
17.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
18.- DATE # 07/03/2008
19.- SIGNATURE # IVAN MENDEZ

P.S. DON'T FORGET THAT MY MANDATORY TIME WAS DUE LAST YEAR ON 12/23/2007, OVER HALF YEAR AGO, AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100 THAT I WAS NOT SUPPOSSED TO BE REMOVED FROM S.C.I. OVER IN GEORGETOWN DELAWARE, BECAUSE I AM UNDER PUBLIC DETAINER BY THE FEDS. SAME AS YOU KNOW IT 100 THAT I AM NOT AN OLD WHITE AMERICAN COWBOY BETWEEN 45 AND 54 YEARS OLD WITH AN OLD WHITE AMERICAN COWBOY'S ACCENT, AS YOU KNOW IT 100 THAT I WAS BORN IN THE OLD MEXICO ON 12/04/1973, SAME AS YOU KNOW IT 100 HOW THIS CRIMINAL ORGANIZATION HAS SENT IT PEOPLE FROM GANDERHILL PRISON, FROM D.P.C., FROM S.C.I., AND FROM HERE AT P.C.C., IN ORDER TO ACCOMPLISH THIS WIDELY SPREAD IT PLOT TO KILL ME AND THIS NASTY SET UP CONSPIRACY, SO I'LL BE GLAD TO HEAR FROM YOU SOON AS POSSIBLE. "THANK'S".

(PLEASE TURN THIS PAGE TO PAGE NUMBER FOUR)

{ DREW BARRYMORE LOVES SCORPIONS ROCK AND ROLL }
{ PAGE NUMBER FOUR IV      OF FOUR IV PAGES }

DREW BARRYMORE

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD.

TO # MR. JOSEPH HUDSON                                  DATE # 07/03/2008
     SUPPORT SERVICES MANAGER
          D.C.C.
     SMYRNA DE. 19977


FROM # IVAN MENDEZ                                       453351
      INMATE'S SIGNATURE #                                S.B.I #


            — I HEREBY CERTIFY —


I AM REQUESTING A CERTIFIED STATEMENT OF MY ACCOUNT
FOR PAST SIX MONTHS PERIOD UNDER 28 USC 1915 (A),(2).


     IVAN MENDEZ
         SIGNATURE #


28 USC 1746  AND  18 USC 1621


       ( PAGE NUMBER FOUR )