{ AC≥DC LOVES MEGG RYAN
{ PAGE NUMBER, ONE I  OR HOW IV  PAGES }

AXL ROSS

U.S. DISTRICT COURT
FOR THE DISTRICT OR DELAWARE.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

0 - - 428

1.- PLAINTIFF # IVAN MENDEZ
2.- CASE NUMBER # 318-2001
3.- DEFENDANTS # ONCE AGAIN CORRECTIONS OFFICER MS. T. HARRIS AND)
   CORRECTIONS OFFICER MS. JANE DOE, AND INMATE MR. JHON DOE.


FILED
JUL -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.- JURISDICTION IS PROPER IN THIS COURT ACCORDING TO # 42 USC 1983
3.- PLAINTIFF # IVAN MENDEZ
5.- ADDRESS # D.C.C., 1181 PADDOCK ROAD, SMYRNA D.E. 19977.
7.- LIST CAPTION AND CASE NUMBER OF YOUR PREVIOUS LAWSUITS # HONORABLE MAST
   ER, AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OR FACT I'M STILL WA
   TING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSIL
   IVANIA, DELAWARE, ▪ WASHINGTON D.C., AND FROM ALL OF THIS CRIMINAL ORGANI
   ZATION, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS
   WAITING FOR THOSE ANSWERS.
8.- IS THERE A PRISONER GRIEVANCE # YES
9.- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # YES
3.- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
1.- WHAT WAS THE RESULTS # NEGATIVE, NO RESULTS AS YOU KNOW IT TOO, SAME
   AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS
   TOO.

(PLEASE TURN THIS FORM TO THE OTHER SIDE)

12. - NAME OF DEFENDANTS # THIS (CRIMINAL) ORGANIZATION ▮▮▮

13. - IS EMPLOYED A# AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS

14. - ADDRESS # AS YOU KNOW IT TOO ALL OF THEIR ADDRESSES ▮▮▮

15. - STATE BRIEFLY THE FACTS OF YOUR CASE# HONORABLE MASTER, I'M RAISING ▮▮▮▮▮▮ ANOTHER OF MY LEGAL FORMS THIS TIME A 1983³, ONCE AGAIN TO CORRECTIONS OFFICER MS. T. HARRIS, AND CORRECTIONS OFFICER MS. ZANE DOE, AND TO INMATE MR. JUON DOE, BECAUSE ON JUNE THIRTY OF THE THOUSAND EIGHT, 06/30/2008, THEY TOOK ME OUT FROM MY CELL ON THE MORNING TO THE SHOWER ROOM FOR DISABLED PEOPLE, AS YOU KNOW IT TOO HONORABLE MASTER THAT I AM DISABLED, HURTED, DAMAGED, BROKEN, FRACTURED OF SOME PARTS OF MY BODY, AND WEARING THIS METTALLIC PINS, SCREWS, AND METTALLIC PLATES THAT ARE HOLDING MY BROKEN BONES FROM MY KNEES TO MY ANKLES ON BOTH LEGS, SAME AS YOU KNOW IT TOO THAT I NEED TO GO WALKING TO THE SHOWER'S ROOM, BECAUSE ON ▮▮▮▮▮ APRIL TWENTY THREE OF 2006, 04/23/2006, THE CORRECTIONS OFFICERS AND MEDICAL TOOK MY WHEELCHAIR FROM ME, AS YOU KNOW IT TOO THAT WHEN THEY BROUGHT ME INTO THIS BUILDING OF PROTECTIVE CUSTODY ON 04/20/2006, APRIL TWENTY OF 2006, AFTER BEING ASSAULTED ONCE AGAIN THAT TIME BY MR. SCOTT HAROLD, THE CORRECTIONS OFFICER HAVE TO PUSH ME ON MY WHEELCHAIR, BECAUSE HE LEFT ME MORE HURTED AND MORE DAMAGED ON MY DISABLED, HURTED, BROKEN FRACTURED AND DAMAGED PARTS OF MY BODY, AND HURTED AND DAMAGED AND DESTROYED OTHER PARTS OF MY BODY LIKE MY RIGHT EAR AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO THAT I HAVE TO CRAWLE LIKE A MAGGOT ON MY CELL ▮▮▮ IN ORDER TO GET MY FLOOD TRAY AS YOU KNOW IT TOO ALL ABOUT IT, WELL ON JUNE THIRTY OF 2008 06/30/2008, CORRECTIONS OFFICER MS. T. HARRIS AS YOU KNOW IT HER 100, AS THE ONE WHOM TAKE ME OUT IN HANDCUFFS AND OPENED THE SHOWER ROOM OF PEOPLE WITHOUT HANDCUFFS, AS YOU KNOW IT TOO ALL ABOUT IT, SAME AS YOU KNOW IT TOO ▮▮▮ CORRECTION OFFICER MS. ZANE DOE, WHOM CALLED ME DOG "PUPPY", WELL ON 06/30/2008 WHILE I WAS TAKING A SHOWER ON THE SHOWER ROOM FOR DISABLED (PLEASE TURN THIS FORM TO ▮▮▮▮▮▮▮ PAGE NUMBER TWO)

2014 JULY 03 2008 03/2008

{ BLACK SABBATH LOVES DREW BARRYMORE

BEAN COBAIN

Page Number Two II    OR IV how Pages }

PEOPLE, C/O MS. To HARRIS AND C/O MS. JANE DOE, WENT TO TAKE OUT HARRASSING ME AS JUST AS ALWAYS, WENT TO TAKE THE INMATE FROM THE INFIRMARY ROOM MR. JUON DOE, WHOM ACTUALLY LOOK A LOT LIKE MR. TITUS, TITUS, AS YOU REMEMBER HIM ON MY LAWSUITS AGAINST T THAT MAN, WHILE I WAS ON THE COMPOUND WHOM ASSAULTED ME TE ILING ME THAT HE WILL TELL HIS DAD AS YOU KNOW IT TOO ALL ABOUT IT, AS YOU REMEMBER HOW MR. TITUS, AND MR. VECTOR, MR. MICHAEL DUKE AND OTHER OF THEIR FRIENDS BROKE THE WHEELCHAIR OF THAT GOOD HEARTED OLD WHITE AMERICAN COWBOY, THE ONE THAT I USED TO PUSH ON HIS WHEELCHAIR OVER TO THE VISITING ROOM TO SEE HIS WIFE, AND TO KNOW HAH TO EAT HIS MEALS AS YOU KNOW IT TOO HOW THEY BROKE THAT GOOD HEARTED MAN WHEELCHAIR AND THREATENING THAT GOOD OLD WHITE AMERICAN COWBOY NOT TO SAY NOTHING TO THE CORRECTIONS OFFICERS OR THEY WILL KILL HIM, AS YOU KNOW IT TOO ALL ABOUT IT, WELL ON THE 06/30/2008, THEY WENT TO TAKE MR. JUON DOE WHOM LOOKS A LOT LIKE MR. TITUS, FROM THE INFIRMARY ROOM, AND LAUGHING THEY TOLD HIM IF HE WAS READY, AND IF HE GOT THAT STUFF, SO THEY TOLD HIM HOPEFULLY THAT MOTHER FUCKER WHITE RED NECK HAH ON IT SO THAT MAN CAME IN FRONT OF THE SHOWER ROOM AND WHILE THEY WERE HARRASSING ME, THEY BROUGHT THAT MAN WITH A FOAM CUP, FROM HIS MEAL, AS YOU KNOW IT TOO THAT NOBODY IS ALLOWED TO KEEP THA T BOWLS OR CUPS OR ANYTHING ON HIS ROOM CELL, AND BROUGHT HIM IN FRONT OF THE SHOWER WHERE I WAS TAKING A SHOWER AND THAT MAN MR. JUON DOE, THROW IN THE FLOOR REALLY SMALL PIECES OF SOAP AND WATER FROM THAT FOAM BOWL, AND LEFT THAT FOAM BOWL OUT SIDE OF THE SHOWERS ROOM LAUGHING SAYING THAT HOPEFULLY THAT I SLIP ON IT AND BROKE MY ASS COMPLETELY THAT IN ANY WAY -

(PLEASE TURN THIS PAGE TO THE OTHER SIDE)

Then, Don't Case him a f***** red neck, and that nobody is going to do nothing because I am an old white american red neck, and other things and really dirty words, and on the afternoon Ms. T. Harris and Ms. Jane Doe, Came outside of my cell and throw more garbage and empty plastic cups and paper cups from the Infirmary, where they brought the medication on them so honorable master I will be glad to hear from you soon as possible.

16.- How have you been injured by the actions of the defendants # emotionaly, psychologically, verbaly, mentaly, and almost physically once again.

17.- State briefly what you want the courts do for you # Honorable master I'm requesting the same things that I am always request again by this criminal organization, and their soldiers (Inmates, Correccions officers, counselors, teachers, and all the god damn staff workers and warden asyou know it (00 all about it).

18.- I declare under penaltys of perjury that the above information is true and correct.

19.- Date # 07/03/2008

20.- Signature # Ivan Mendez

( Please turn this page to page number three )



I/M IVAN MENDEZ
SBI# 453351   UNIT S Holl #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US. DISTRICT COURT
844 NORTH KING STREET.
LOCK BOX #18
WILMINGTON DELAWARE
19801